UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No: 3:09-CR-18(01)RM |
| ) | |
| JOHN R. SKOMAC, JR. ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on August 22, 2011 [Doc. No. 22]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant John Skomac, Jr.'s plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

SO ORDERED.

ENTERED:  September 13, 2011

/s/ Robert L. Miller, Jr.
Judge
United States District Court